# EXHIBIT 1

In the Superior Court of the State of Arizona

In and For the County of **Maricopa**

Case Number **CV2020-053950**

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

Plaintiff's Attorney _____

Attorney Bar Number _____

Corrected: Clerk of
Court Clerical Error

Is Interpreter Needed? ☐ Yes ☐ No

If yes, what language(s): _____

CLERK OF THE
SUPERIOR COURT
FILED
H. GEARHART, DEP
06/18/2020
~~2020 JUN 17   AM 11: 15~~

Plaintiff's Name(s): (List all)    Plaintiff's Address:    Phone #:    Email Address:

**SHANNA SADEH**    13951 N. Scottsdale Rd #123    480-390-4443

Scottsdale, AZ 85254    doctorsADEH @

insideoutadvocate.
org

(List additional Plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)

**Paradigm Treatment Center, LLC**

**Chelsea Neumann, M.D.**

**Chelsea L. Neumann, M.D. Inc.**

(List additional Defendants on page two and/or attach a separate sheet)

## RULE 26.2 DISCOVERY TIER OR MONETARY RELIEF CLAIMED:

**IMPORTANT: Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected.** State the monetary amount in controversy or place an "X" next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.

☒ Amount Claimed $_____    ☐ Tier 1    ☐ Tier 2    ☒ Tier 3

## NATURE OF ACTION

Place an "X" next to the **one** case category that most accurately describes your primary case. Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected as indicated above.

## 100 TORT MOTOR VEHICLE:

☐ 101 Non-Death/Personal Injury*

☐ 102 Property Damage*

☐ 103 Wrongful Death*

## 110 TORT NON-MOTOR VEHICLE:

- ☐ 111 Negligence*
- ☐ 112 Product Liability – Asbestos*
- ☐ 112 Product Liability – Tobacco*
- ☐ 112 Product Liability – Toxic/Other*
- ☐ 113 Intentional Tort*
- ☐ 114 Property Damage*
- ☐ 115 Legal Malpractice*
- ☐ 115 Malpractice -- Other professional*
- ☐ 117 Premises Liability*
- ☒ 118 Slander/Libel/Defamation*
- ☐ 116 Other (Specify)_____*

## 120 MEDICAL MALPRACTICE:

- ☐ 121 Physician M.D.*
- ☐ 122 Physician D.O*
- ☐ 123 Hospital*
- ☐ 124 Other*

## 130 & 197 CONTRACTS:

- ☐ 131 Account (Open or Stated)*
- ☐ 132 Promissory Note*
- ☐ 133 Foreclosure*
- ☐ 138 Buyer-Plaintiff*
- ☐ 139 Fraud*
- ☐ 134 Other Contract (i.e. Breach of Contract)*
- ☐ 135 Excess Proceeds-Sale*
- ☐ Construction Defects (Residential/Commercial)*
  - ☐ 136 Six to Nineteen Structures*
  - ☐ 137 Twenty or More Structures*
- ☐ 197 Credit Card Debt (Maricopa County Only)*

## 150-199 OTHER CIVIL CASE TYPES:

- ☐ 156 Eminent Domain/Condemnation*
- ☐ 151 Eviction Actions (Forcible and Special Detainers)*
- ☐ 152 Change of Name
- ☐ 153 Transcript of Judgment
- ☐ 154 Foreign Judgment

- ☐ 158 Quiet Title*
- ☐ 160 Forfeiture*
- ☐ 175 Election Challenge
- ☐ 179 NCC-Employer Sanction Action (A.R.S. §23-212)
- ☐ 180 Injunction against Workplace Harassment
- ☐ 181 Injunction against Harassment
- ☐ 182 Civil Penalty
- ☐ 186 Water Rights (Not General Stream Adjudication)*
- ☐ 187 Real Property *
- ☐ Special Action against Lower Courts
  (See Lower Court Appeal cover sheet in Maricopa)
- ☐ 194 Immigration Enforcement Challenge
  (A.R.S. §§1-501, 1-502, 11-1051)

## 150-199 UNCLASSIFIED CIVIL:

- ☐ Administrative Review
  (See Lower Court Appeal cover sheet in Maricopa)
- ☐ 150 Tax Appeal
  (All other tax matters must be filed in the AZ Tax Court)
- ☐ 155 Declaratory Judgment
- ☐ 157 Habeas Corpus
- ☐ 184 Landlord Tenant Dispute – Other*
- ☐ 190 Declaration of Factual Innocence (A.R.S. §12-771)
- ☐ 191 Declaration of Factual Improper Party Status
- ☐ 193 Vulnerable Adult (A.R.S. §46-451)*
- ☐ 165 Tribal Judgment
- ☐ 167 Structured Settlement (A.R.S. §12-2901)
- ☐ 169 Attorney Conservatorships (State Bar)
- ☐ 170 Unauthorized Practice of Law (State Bar)
- ☐ 171 Out-of-State Deposition for Foreign Jurisdiction
- ☐ 172 Secure Attendance of Prisoner
- ☐ 173 Assurance of Discontinuance
- ☐ 174 In-State Deposition for Foreign Jurisdiction
- ☐ 176 Eminent Domain– Light Rail Only*
- ☐ 177 Interpleader– Automobile Only*
- ☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)
- ☐ 183 Employment Dispute- Discrimination*

Case No._____

☐ 185 Employment Dispute-Other*                    ☐ 163 Other*

☐ 196 Verified Rule 45.2 Petition                    _____

☐ 195(a) Amendment of Marriage License                        (Specify)

☐ 195(b) Amendment of Birth Certificate

## EMERGENCY ORDER SOUGHT

☐ Temporary Restraining Order        ☐ Provisional Remedy        ☐ OSC        ☐ Election Challenge

☐ Employer Sanction        ☐ Other (Specify) _____

## COMMERCIAL COURT (Maricopa County Only)

☐ This case is eligible for the Commercial Court under Rule 8.1, and Plaintiff requests assignment of this case to the Commercial Court. More information on the Commercial Court, including the most recent forms, are available on the Court's website at:

https://www.superiorcourt.maricopa.gov/commercial-court/.

**Additional Plaintiff(s):**

_____

_____

**Additional Defendant(s):**

_____

_____

JEFF FINE
Clerk of the Superior Court
By Heather Gearhart, Deputy
Date 06/18/2020 Time 11:54:43

| Description | Amount |
|---|---|
| ———— CASE# CV2020-053950 ———— | |
| CIVIL NEW COMPLAINT | 333.00 |
| | |
| TOTAL AMOUNT | 333.00 |
| Receipt# 27029666 | |

Shanna Sadeh
13951 N. Scottsdale Rd. #123
Scottsdale, AZ 85254
480-390-4443
doctorsadeh@insideoutadvocate.org
Representing Self, without a lawyer

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

Plaintiff Shanna Sadeh

AND

Defendant Paradigm Treatment Center, LLC;
Defendant Chelsea Neumann, M.D.;
Defendant Chelsea L. Neumann, M.D. Inc.

Case Number: CV2020-053950

Title: CIVIL COMPLAINT
118 Defamation

---

Plaintiff hereby submits this Complaint against Defendants and alleges the following:

### JURISDICTION AND VENUE

1. Plaintiff Dr. Sadeh is a resident of Maricopa County, Arizona. She has a private psychology practice in Scottsdale, Arizona and owns and operates Inside Out Psychology & Advocacy, PC, an Arizona Corporation whose principal place of business is in Maricopa County.

2. Defendants have written and published a defamatory letter about Dr. Sadeh (hereinafter Letter). Defendants addressed the letter as follows: "To the judge presiding over the family court proceedings for [ADOLESCENT]." Defendants were referencing family court proceedings in Maricopa County in Arizona involving a family that will be referred to as the "Doe Family," consisting of "Mother," "Father," and "Adolescent." Defendants encouraged recipients of the Letter to forward it to the referenced judge. Mother complied, which resulted in Dr. Sadeh suffering extensive damages in Maricopa County through publication of the Letter to Maricopa County Family Court, Phoenix Children's Hospital, Scottsdale Unified School District, and the Arizona Board of Psychologist Examiners. Dr. Sadeh seeks damages in excess of $10,000 and declaratory judgment that the statements in the Letter are false. Arizona has jurisdiction over Defendants and Maricopa County is the appropriate venue for Dr. Sadeh's claim against Defendants.

Case Number:_____

## DISCOVERY TIER

3. Pursuant to 16 A.R.S. Rules of Civil Procedure, Rule 26.2, this case is Tier 3 for discovery because Dr. Sadeh seeks damages in excess of $300,000 and declaratory judgement that the statements in the Letter are false. Compulsory arbitration does not apply to this case.

## PARTIES

4. Plaintiff Dr. Sadeh is an attorney who stopped practicing law in order to become a school psychologist dedicated to helping children, families, and school systems. She has invested extensive resources developing expertise in diagnosing and treating childhood trauma, especially in the context of high-conflict divorce proceedings. Dr. Sadeh is listed as a provider on the Maricopa County Behavioral Health Roster and frequently provided mental health services to families with cases in Maricopa County Family Court. Her prior career as an attorney positioned her be an expert witness on the intersection of law and psychology for Maricopa County Family Court and other jurisdictions.

5. Defendant Paradigm Treatment Centers, LLC (hereinafter "Paradigm") owns and operates adolescent treatment centers in California which specialize in the diagnosis, management and treatment of behavioral issues, substance abuse and other such addictions, as well as mental health and behavioral disorders affecting youth.

6. Defendant Dr. Chelsea Neumann was the Medical Director at Paradigm in Malibu, California and a psychiatrist licensed to practice in California in 2019.

7. Defendant Chelsea L. Neumann, M.D. Inc. is incorporated in California and is Dr. Neumann's private practice.

## STATUTE OF LIMITATIONS

8. The statute of limitations for a defamation claim is one year (ARS 12-541). Dr. Sadeh became aware of the Letter on 8/29/2019, which is less than one year from the filing of this action.

## STATEMENT OF FACTS

9. Mother and Father were involved in high-conflict divorce proceedings in Maricopa County Family Court in Arizona. The Court appointed a Therapeutic Interventionist (i.e., forensically informed psychologist) to reunite Adolescent with Father, from whom she was estranged. Due to the high-level of conflict between parents, the Court ordered parents to comply with the Therapeutic Interventionist's recommendations.

10. The Therapeutic Interventionist recommended that Adolescent participate in individual therapy with Dr. Sadeh; these services began in March 2019. By July 2019,

2

Case Number:_____

it was determined that Adolescent needed a higher level of care and on 7/15/2019, Adolescent was admitted to Paradigm in Malibu, California for residential treatment.

11. Defendants were informed before Adolescent was admitted to Paradigm that Adolescent was a suspected victim of a potentially lethal type of child abuse and parental alienation.

12. Defendants were informed that the Therapeutic Interventionist recommended that Dr. Sadeh serve as liaison between the Arizona treatment team and Paradigm treatment team. Dr. Sadeh performed this role.

13. Defendants were informed that Maricopa Family Court granted emergency orders on 7/26/2019 that prohibited Mother from having in-person or telephonic contact with Adolescent.

14. Defendants participated in a phone conference on 8/12/2019 with Dr. Sadeh and others, wherein Dr. Sadeh warned Defendants that Mother may try to create disagreement among providers, especially after Adolescent was discharged from Paradigm. Defendants, including Chief Operating Officer Dr. Dustin Wager, and Dr. Sadeh agreed to collaborate and communicate about concerns before creating documents that could be used as ammunition in the underlying divorce proceedings.

15. On or around 8/5/2019, Defendants became aware that Adolescent's medical insurer would not continue to pay for treatment at Paradigm because treatment was determined not to be medically necessary any longer.

16. In mid-August, the Therapeutic Interventionist recommended Adolescent be discharged from Paradigm because the family could not afford to continue to pay for treatment and recommended that Adolescent live with Father and resume intensive out-patient services with Dr. Sadeh.

17. Defendants opposed Adolescent's discharge from Paradigm and advocated that Adolescent remain at Paradigm. Defendants had significant financial interest in keeping Adolescent in treatment at Paradigm in Malibu. Adolescent reported that when she left Paradigm, there was only one other patient at the facility. Defendants cannot conduct group therapy with one patient.

18. Adolescent reported that Paradigm staff informed her that Dr. Sadeh was not providing her appropriate treatment, that Paradigm staff opposed her living with Father, and that they believed Adolescent was not mentally healthy enough to be discharged to Dr. Sadeh's care.

19. On 8/23/2019, Adolescent was discharged from Paradigm and resumed services with Dr. Sadeh.

3

Case Number:_____

20. On 8/25/2019, Dr. Sadeh sent Adolescent's therapists at Paradigm an e-mail informing them that Adolescent was doing well and thanking them for their collaboration.

21. Defendants continued to communicate with Mother after Adolescent was discharged from Paradigm.

**The Letter**

22. On 8/29/2019 at 5:21 P.M., Dr. Sadeh received the following e-mail message from Paradigm Program Director Lucy Nguyen: Hello Dr. Sadeh and Dr. [REDACTED], We hope that you received [ADOLECENT]'s inquired files from Paradigm via Dr. Sadeh's fax. We also ask that you please forward the attached letter to the judge along with your findings. The parents are notified of our suggested letter to the judge as well. Best, Paradigm Team." Attached to the e-mail was a document with Paradigm letterhead, dated 8/22/2019, and signed by Dr. Chelsea L. Neumann.

23. The Letter contains the following false and defamatory statements: (a) "Drs. [REDACTED] and Sadeh have threatened to remove [ADOLESCENT] from the care of her parents and place her into foster care should our clinical team not follow their instructions." (b) "Drs. [REDACTED] and Sadeh have threatened her in the past by telling her 'if you don't cooperate your mother will be in trouble.'" (c) Dr. Sadeh "interfered with this recommended supervised treatment while [ADOLESCENT] has been at Paradigm by telling Adolescent's father not to engage in therapy sessions and by not allowing [ADOLESCENT]'s mother to be present; (d) "Drs. [REDACTED] and Sadeh are biased and intentionally divisive in their recommendations." (e) "Drs. [REDACTED] and Sadeh arranged pre-mature discharge of [ADOLECENT] against medical advice."

24. The Letter also accuses Dr. Sadeh of psychologically harming a vulnerable child in her professional role.

25. Dr. Sadeh cannot defend herself to community members who read the Letter because Adolescent's mental health information is confidential.

26. The Letter did not include any warnings about protecting Adolescent's private mental health information or the need to restrict publication of the Letter to judicial proceedings.

27. Defendants did not present their concerns to Dr. Sadeh before publishing the Letter, despite agreeing to do so during the August 9, 2019 telephone conference. Dr. Neumann has never talked with Dr. Sadeh or otherwise sought consultation about the case or her concerns.

Case Number:_____

28. It is customary for residential treatment centers to code discharges due to financial hardship as "incomplete" rather than as "against medical advice." The Letter characterizes Adolescent's discharge as "against medical advice" even though Defendants were informed that Mother and Father could not afford continuing treatment at Paradigm past 8/23/2019. Defendants advocated that Adolescent continue treatment at Paradigm disregarding this financial impossibility.

29. Defendants were informed that Mother and Father could not afford to send Adolescent to boarding school after discharge from Paradigm. Defendants advocated that Adolescent attend boarding school regardless of this financial impossibility.

30. Defendants were informed that Arizona Department of Child Safety protocols prohibited Adolescent from living with Mother or any other adult who Mother could influence, and that the department often places children in foster care during investigations of type of child abuse at issue in Adolescent's case. Defendants wrongly attributed this policy to Dr. Sadeh.

31. Defendants were informed that Dr. Sadeh did not have authority to make decisions about Adolescent's treatment while Adolescent was at Paradigm or where Adolescent lived after discharge from Paradigm.

32. Defendants were informed that Father had temporary sole-legal decision making as a result of the Emergency Orders dated 7/26/2019.

33. Defendants did not have Father's permission to publish Adolescent's private health information in the Letter.

34. Dr. Sadeh informed Defendants that the Letter was defamatory via e-mail on 8/29/2019 and via certified mail and demanded they cease and desist publication of the Letter.

35. Defendants did nothing to mitigate or remedy the false statements about Dr. Sadeh after receiving notification that the statements were false and defamatory.

36. Mother presented the Letter to Maricopa Family Court in her motion to remove Dr. Sadeh as the Adolescent's therapist after Adolescent discharged from Paradigm. The judge presiding over the Doe Family proceedings commented that the Letter was "very disturbing" and without an evidentiary hearing, on 9/13/2019 ordered Dr. Sadeh to stop providing services to Adolescent. The Adolescent was left without a therapist for several months as a result of Dr. Sadeh's removal.

37. On 9/4/2019, Mother sent the Letter to Scottsdale Unified School District (SUSD), where Dr. Sadeh used to work as a school psychologist. Dr. Sadeh was humiliated by dissemination of the Letter to her former colleagues. This district was one of Dr.

5

Case Number:_____

Sadeh's primary referral sources for her private practice but she has not received any referrals from SUSD since publication of the Letter.

38. The Letter had been read by doctors at Phoenix Children's Hospital, the premiere medical center for youth in the Phoenix area.

39. The risk of the Letter is being republished again is high and perpetual because Defendants gave the Letter to Mother without any restrictions. Mother seeks vengeance against Dr. Sadeh for supporting Mother's separation from Adolescent.

40. Dr. Sadeh has been asked by Scottsdale police detectives to testify in the pending criminal trial against Mother for child abuse. The Letter will likely be published further in those proceedings.

41. Dr. Sadeh has spent more than 100 hours and $75,000 on attorney fees to defend against the complaint Mother filed with the Arizona Board of Psychologist Examiners. The Letter was discussed in three public hearings. The Board expressed concern that Dr. Sadeh was unable to cooperate with the Defendants as evidenced by the Letter.

42. Dr. Sadeh has obtained an expert opinion letter from a national scholar on issues involved in Adolescent's treatment, who opined that, *"Throughout the process, Dr. Sadeh's interventions were consistent with the Best Practice Guidelines and focused on the best interests of the child. These guidelines are the work of the leading experts in the field and based upon extensive research and clinical experience."*

## BREACHES OF LAW & DAMAGES

### Defamation Per Se

43. Plaintiff incorporates by reference paragraphs 1-42 herein. Defendants published false statements about Dr. Sadeh's professional services; publication was unlawful, in reckless disregard of the truth, and malicious. Dr. Sadeh has suffered loss of business, loss of profits, harm to reputation, emotional distress, and diminished earning potential as a direct result of Defendant's defamatory statements.

### False Light

44. Plaintiff incorporates by reference paragraphs 1-43 herein. The Letter represented in false light Dr. Sadeh's involvement in Adolescent's case in many ways, including by conflating Dr. Sadeh's role (i.e., liaison) with the Therapeutic Interventionist's role (i.e., making temporary legally binding recommendations for family). Defendants failed to include in the Letter that structural family therapy was prohibited by Maricopa Family Court emergency orders and Arizona Department of Child Safety protocols during these types of child abuse investigations, and that Dr. Sadeh had no control over these matters. Defendants failed to include information about the ongoing child abuse investigation and how it restricted treatment options. Defendants

6

Case Number:_____

failed to include the fact that parents could not afford continued treatment at Paradigm and that the "against medical advice" characterization was inappropriate. Defendants mischaracterizations shock the conscience and caused serious harm and damages to Dr. Sadeh.

**Tortious Interference**

45. Plaintiff incorporates by reference paragraphs 1-44 herein. Defendants tortiously interfered with Dr. Sadeh's business relations. Defendants knew of Dr. Sadeh's business expectation to provide services to Adolescent and that Dr. Sadeh's business depended upon her reputation in Maricopa Family Court, Scottdale, and surrounding communities. Defendants' Letter intentionally and improperly interfered with Dr. Sadeh's business relationships.

## RELIEF

Plaintiff seeks monetary judgment against Defendants jointly and severally as follows:

A) For past and future special damages as will be proven at trial;

B) For loss of earnings, past and future, and loss of earning potential as will be proven at trial;

C) For general damages, past and future, suffered by Plaintiff, in an amount to be proven at trial;

D) For punitive damages in an amount to be proved at trial;

E) For expenses, fees, and costs.

Plaintiff also seeks a declaratory judgment that the statements in the Letter are false and for such other equitable and further relief as this Court deems just and proper.

_Shanna Sadeh_
Shanna Sadeh

_June 18, 2020_
Date

Person Filing: SHANNA SADEH
Address (if not protected): 13951 N Scottsdale Rd #123
City, State, Zip Code: Scottsdale AZ 85254
Telephone: 480-390-4443
Email Address: Doctorsadeh @ insideoutadvocate.org
Lawyer's Bar Number: _____

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Plaintiff  OR  ☐ Defendant

```
┌──────────────────────────────┐
│     CLERK OF THE             │
│   SUPERIOR COURT            │
│        FILED                │
│  H. GEARHART, DEP           │
│                             │
│  2020 JUN 17  AM 11: 16     │
│                             │
│   FOR CLERK'S USE ONLY      │
└──────────────────────────────┘
```

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

SHANNA   SADEH
_____
PLAINTIFF,

vs.

Paradigm Treatment Center, LLC
Chelsea Neumann, M.D.
Chelsea L. Neumann M.D. INC.
DEFENDANT.

Case Number: CV2020-053950

**CERTIFICATE OF COMPULSORY ARBITRATION**

*Notice to Defendant: If you agree with the Plaintiff's Certificate of Compulsory Arbitration, you **DO NOT** need to file this form.*

The undersigned certifies that this case is (Please check **ONLY** one option below):

☐ **Subject to Arbitration** – The amount of money in controversy **DOES NOT** exceed $50,000, **AND** no other affirmative relief is sought.

☒ **Not Subject to Arbitration** – The amount of money in controversy **DOES** exceed $50,000, **OR** other affirmative relief is sought.

*Defendant – If you DISAGREE with the Plaintiff's Certificate of Compulsory Arbitration, please explain why you disagree below:

_____
_____
_____

SUBMITTED this _18_ day of _June_ , 20_20_ .

SIGNATURE _Shanna Sadeh_

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                    Page 1 of 1

CV03f 120319

Person Filing: SHANNA SADEH
Address (if not protected): 13951 N Scottsdale Rd #123
City, State, Zip Code: Scottsdale AZ 85254
Telephone: 480-390-4443
Email Address: Doctorsadeh @ insideoutadvocate.org
Lawyer's Bar Number: _____

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Plaintiff  OR  ☐ Defendant

CLERK OF THE
SUPERIOR COURT
FILED
H. GEARHART, DEP

2020 JUN 17 AM 11: 16

FOR CLERK'S USE ONLY

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

SHANNA    SADEH

_____
PLAINTIFF,

vs.

Paradigm Treatment Center, LLC
Chelsea Neumann, M.D.
Chelsea L. Neumann M.D. INC.
DEFENDANT.

**Case Number:** CV2020-053950

## CERTIFICATE OF COMPULSORY ARBITRATION

*Notice to Defendant: If you agree with the Plaintiff's Certificate of Compulsory Arbitration,
you **DO NOT** need to file this form.

The undersigned certifies that this case is (Please check **ONLY** one option below):

☐ **Subject to Arbitration** – The amount of money in controversy **DOES NOT** exceed $50,000,
**AND** no other affirmative relief is sought.

☒ **Not Subject to Arbitration** – The amount of money in controversy **DOES** exceed $50,000,
**OR** other affirmative relief is sought.

*Defendant – If you DISAGREE with the Plaintiff's Certificate of Compulsory Arbitration, please explain
why you disagree below:

_____
_____
_____

SUBMITTED this ___18___ day of ___June___, 20_20_.

SIGNATURE ___Shanna Sadeh___

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                    Page 1 of 1

CV03f 120319

> **Corrected: Clerk of Court Clerical Error**

Person Filing: _Shanna Sadeh_

Address (if not protected): _13951 N Scottsdale Rd #123_

City, State, Zip Code: _Scottsdale, AZ 85254_

Telephone: _480-390-4443_

Email Address: _DoctorSadeh @ insideoutadvocate.org_

Lawyer's Bar Number: ____

CLERK OF THE
SUPERIOR COURT
FILED
H. GEARHART, DEP
06/18/2020
2020 JUN 17  AM 11: 15

Representing  [X] Self, without a Lawyer  or  [ ] Attorney for  [ ] Plaintiff  OR  [ ] Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

_Shanna Sadeh_
Name of Plaintiff

Case Number: **CV2020-053950**

Title: **PLAINTIFF'S DEMAND for JURY TRIAL**

_Paradigm Treatment Center, LLC_
Name of Defendant
_Chelsea Neumann, M.D._
_Chelsea L. Neumann, M.D., Inc._

Plaintiff, _Shanna Sadeh_, demands a trial by jury in this case. If this
_(Name of Plaintiff)_

case is sent to compulsory arbitration, Plaintiff demands a trial by jury if there is an appeal

from that compulsory arbitration.

Dated this _June 18 2020_
_(Date of signature)_

_Shanna Sadeh_
(Signature of Plaintiff or Plaintiff's Attorney)

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC11f  050718

## AFFIDAVIT OF SERVICE

| Case:<br>cv2020-053950 | Court:<br>Superior Court of Arizona Maricopa County | County:<br>Maricopa, Az | Job:<br>2020-0457 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Shanna Sadeh | | Defendant / Respondent: Paradigm Treatment Center, LLC ET AL. | |
| Received by:<br>Dr. Shanna Sadeh, PhD | | For:<br>Dr. Shanna Sadeh, PhD | |
| To be served upon: Chelsea Lynn Neuman, 12328 idaho Ave, Los Angeles, Ca 90025 | | | |

I, Sterling Holt, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein. I declare under penalty of perjury that everything stated in this document is true and correct.

Recipient Name / Address:   Chelsea Lynn Neuman, 12328 idaho Ave, Los Angeles, Ca 90025

Manner of Service:   Residence, Jun 23, 2020, 1:14 pm PDT

Documents:   Complaint, Certificate of Compulsory Arbitration, Plaintiff's Demand for Jury Trial

Additional Comments:
1) Successful Attempt: Jun 23, 2020, 1:14 pm PDT at 12328 idaho Ave, Los Angeles, Ca 90025 received by Coresident, Male, Would not identify himself, Stated she lives there and was not home authorized to accept service

06 /24 /2020

_____      _____
Sterling Holt                                    Date

Sterling Holt
registered Process server
2019007700; Los Angeles
254 N. Lake Ave 124
Pasadena, ca 91101

## AFFIDAVIT OF SERVICE

Clerk of the Superior Court
*** Electronically Filed ***
Y. Moralez, Deputy
7/9/2020 1:44:33 PM
Filing ID 11805484

| Case:<br>cv2020-053950 | Court:<br>Superior Court of Arizona Maricopa County | County:<br>Maricopa, Az | Job #:<br>2020-0457 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Shanna Sadeh | | Defendant / Respondent: Paradigm Treatment Center, LLC ET AL. | |
| Received by:<br>Dr. Shanna Sadeh, PhD | | For:<br>Dr. Shanna Sadeh, PhD | |
| To be served upon: Paradigm Treatment Center, LLC | | | |

I, Sterling Holt, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein. I declare under penalty of perjury that everything stated in this document is true and correct.

Recipient Name / Address:   Paradigm Treatment Center, LLC, 12424 Wilshire Blvd Ste 750, Los Angeles, CA 90025

Manner of Service:   Business, Jun 23, 2020, 2:45 pm PDT

Documents:   Complaint, Certificate of Compulsory Arbitration, Plaintiff's Demand for Jury Trial

Additional Comments:
1) Successful Attempt: Jun 23, 2020, 2:45 pm PDT at 12424 Wilshire Blvd Ste 750, Los Angeles, CA 90025 received by Manager, identified himself as the person in charge of Paradigm Office, would not give me his name Male, Mid 30s, 5,7 in highth, authorized to accept service.

06 /24 /2020

Sterling Holt                                        Date

Sterling Holt
registered Process server
2019007700; Los Angeles
254 N. Lake Ave 124
Pasadena, ca 91101

## AFFIDAVIT OF SERVICE

CLERK OF THE SUPERIOR COURT
FILED
JUL 1 0 2020
J. Hernandez, Deputy
9:05am

| Case:<br>cv2020-053950 | Court:<br>Superior Court of Arizona Maricopa County | County:<br>Maricopa, Az | 2020-0457 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Shanna Sadeh | | Defendant / Respondent: Paradigm Treatment Center, LLC ET AL. | |
| Received by:<br>Dr. Shanna Sadeh, PhD | | For:<br>Dr. Shanna Sadeh, PhD | |
| To be served upon: Paradigm Treatment Center, LLC | | | |

I, Sterling Holt, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein. I declare under penalty of perjury that everything stated in this document is true and correct.

**Recipient Name / Address:**  Paradigm Treatment Center, LLC, 12424 Wilshire Blvd Ste 750, Los Angeles, CA 90025

**Manner of Service:**  Business, Jun 23, 2020, 2:45 pm PDT

**Documents:**  Complaint, Certificate of Compulsory Arbitration, Plaintiff's Demand for Jury Trial

**Additional Comments:**
1) Successful Attempt: Jun 23, 2020, 2:45 pm PDT  at 12424 Wilshire Blvd Ste 750, Los Angeles, CA 90025 received by Manager, identified himself as the person in charge of Paradigm Office, would not give me his name Male, Mid 30s, 5,7 in highth, authorized to accept service.

_____          06 /24 /2020
Sterling Holt                                          Date

Sterling Holt
registered Process server
2019007700; Los Angeles
254 N. Lake Ave 124
Pasadena, ca 91101

**ORIGINAL**

Person Filing: _SHANNA SAO SADEH_
Address (if not protected): _13951 N. Scottsdale Rd #122_
City, State, Zip Code: _Scottsdale, AZ  85254_
Telephone: _480-390-4443_
Email Address: _Doctorsadeh@insideout advocate. org_
Lawyer's Bar Number: _____

Representing ☒ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

CLERK OF THE SUPERIOR COURT
FILED
JUL 1 0 2020   9:08 am
A. Hernandez, Deputy

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

_SHANNA SADEH_
Name of Plaintiff

And

_Paradigm Treatment Center, LLC_
Name of Defendant _Chelsea Neumann, M.D_
_Chelsea L. Neumann M.D INC_

Case No.: _CV2020-053950_

**SUMMONS**

If you would like legal advice from a lawyer,
contact the Lawyer Referral Service at
602-257-4434
or
www.maricopalawyers.org
Sponsored by the
Maricopa County Bar Association

> **WARNING: This is an official document from the court that affects your rights. Read this carefully.**
> **If you do not understand it, contact a lawyer for help.**

**FROM THE STATE OF ARIZONA TO:** _Paradigm Treatment Center, LLC_
Name of Defendant

1. A lawsuit has been filed against you.  A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint.  To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 OR

   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 OR

   - Office of the Clerk of Superior Court,  222 East Javelina Avenue, Mesa, Arizona  85210-6201 OR

   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

CV11f 031820

Case Number: _____

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    - 601 West Jackson, Phoenix, Arizona 85003
    - 18380 North 40th Street, Phoenix, Arizona 85032
    - 222 East Javelina Avenue, Mesa, Arizona 85210
    - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.  Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

SIGNED AND SEALED this date    06/18/2020

CLERK OF SUPERIOR COURT

JEFF FINE, CLERK

Deputy Clerk

H. Gearhart

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV11f  031820

**ORIGINAL**

Person Filing: _SHANNA_ ~~SEO~~ _SADEH_
Address (if not protected): _13951 N. Scottsdale Rd #122_
City, State, Zip Code: _Scottsdale, AZ 85254_
Telephone: _480-390-4443_
Email Address: _Doctorsadeh @insideout advocate. org_
Lawyer's Bar Number: _____

CLERK OF THE SUPERIOR COURT
FILED
JUL 1 0 2020   9:08am
A. Hernandez, Deputy

Representing [X] Self, without a Lawyer or [ ] Attorney for [ ] Plaintiff OR [ ] Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

_SHANNA SADEH_
Name of Plaintiff

And

_Paradigm Treatment Center, LLC_
Name of Defendant _Chelsea Neumann, M.D._
_Chelsea L. Neumann M.D INC_

Case No.: **CV2020-053950**

**SUMMONS**

If you want legal advice from a lawyer,
contact the Lawyer Referral Service at
602-257-4434
or
www.maricopalawyers.org
Sponsored by the
Maricopa County Bar Association

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

## FROM THE STATE OF ARIZONA TO: _Chelsea Neuman, M.D._
Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 OR

   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 OR

   - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 OR

   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV11f 031820

Case Number: _____

3. If this **"Summons"** and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your **"Response"** or **"Answer"** must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this **"Summons"** and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

   - 601 West Jackson, Phoenix, Arizona 85003
   - 18380 North 40th Street, Phoenix, Arizona 85032
   - 222 East Javelina Avenue, Mesa, Arizona 85210
   - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5. Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7. Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

SIGNED AND SEALED this date _____          06/18/2020
                                                  CLERK OF SUPERIOR COURT
                                                  JEFF FINE, CLERK

                              Deputy Clerk

                              H. Gearhart

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV11f 031820

CLERK OF THE SUPERIOR COURT
FILED
JUL 1 0 2020   9:08am

A. Hernandez, Deputy

## AFFIDAVIT OF SERVICE

| Case:<br>cv2020-053950 | Court:<br>Superior Court of Arizona Maricopa County | County:<br>Maricopa, Az | Job:<br>2020-0457 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Shanna Sadeh | | Defendant / Respondent: Paradigm Treatment Center, LLC ET AL. | |
| Received by:<br>Dr. Shanna Sadeh, PhD | | For:<br>Dr. Shanna Sadeh, PhD | |
| To be served upon: Chelsea Lynn Neuman, 12328 Idaho Ave, Los Angeles, Ca 90025 | | | |

I, Sterling Holt, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein. I declare under penalty of perjury that everything stated in this document is true and correct.

**Recipient Name / Address:**   Chelsea Lynn Neuman, 12328 Idaho Ave, Los Angeles, Ca 90025

**Manner of Service:**   Residence, Jun 23, 2020, 1:14 pm PDT

**Documents:**   Complaint, Certificate of Compulsory Arbitration, Plaintiff's Demand for Jury Trial

**Additional Comments:**
1) Successful Attempt: Jun 23, 2020, 1:14 pm PDT at 12328 Idaho Ave, Los Angeles, Ca 90025 received by Coresident, Male. Would not identify himself. Stated she lives there and was not home authorized to accept service

06 /24 /2020

Sterling Holt                    Date

Sterling Holt
registered Process server
2019007700; Los Angeles
254 N. Lake Ave 124
Pasadena, ca 91101