# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shanna Sadeh,<br><br>          Plaintiff,<br><br>v.<br><br>Paradigm Treatment Center LLC,<br><br>          Defendant. | No. CV-20-01466-PHX-GMS<br><br>**ORDER** |

Before the Court is the parties' Notice of Settlement (Doc. 96).

**IT IS HEREBY ORDERED** affirming all deadlines and hearings set forth in the Court's Order Resetting Final Pretrial Conference (Doc. 95).

Dated this 2nd day of February, 2022.

G. Murray Snow
Chief United States District Judge